**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

RECEIVED

_____ DIVISION

2026 FEB 18 P 2: 20

Michelle Mak
311 Georgena Curv
Montgomery Al 36105
PLAINTIFF

v.

Rack Room Shoes
8310 Technology Dr
Charlotte NC 28262
DEFENDANT

CASE ACTION NO.: 2:26-cv-00109-ECM-SMD

JURY DEMAND (MARK ONE)

☐ YES    ☐ NO

**EEOC  COMPLAINT**

1.  Plaintiff resides at 311 Georgena Curv Montgomery, Ala 36105

2.  Defendant(s)' name(s) Rack Room Shoes
    Jon Cobb

    Location of principal office(s) of the named defendant(s) 8310 Technology Dr
    Charlotte, NC 28262

    Nature of defendant(s)' business Retail Shoe Store

    Approximate number of individuals employed by defendant(s) Unknown  5/7 stores

3.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination.  Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5.  Equitable and other relief are also sought under 42 §2000e-5(g).

4.  The acts complained of in this suit concern:

    1.  ☐ Failure to employ me.
    2.  ☐ Termination of my employment.
    3.  ☐ Failure to promote me.
    4.  ☒ Other acts as specified below: I Am an person with A disability, When I was Ask to provide Another AdA due to them Not being Able to find the one that was filled out in Georgia. Once my Store Manager Recieved the Approval from the district Manager on Sept 5, 2025. They immeddiately put Me on 4 of the 5 day on Night shift. Reduced hours, other employees

Received More hours than Myself. Retaliation started After My AdA was approved. But the Accommodation was the same for over A year. But Store Manager did What she wanted to do

5. Plaintiff is:

   A. ____ Presently employed by the defendant.
   ✗ Not presently employed by the defendant. The dates of employement were _____ Employment was terminated because:

   (1) ____ Plaintiff was discharged.
   (2) ____ Plaintiff was laid off.
   (3) X Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ____ My race.
   B. ____ My religion.
   C. ____ My sex.
   D. ____ My national origin.
   E. ✗ Other, as specified below: _____
   _____
   _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Janice Sellers   Store Manager
   _____
   _____

8. The alleged discrimination occurred on or about ~~Sept~~ August 5th, 2025 — Nov. 2025

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:
   Due to Not being Able to get on A ladder. Which they were Aware since May 26, 2024. But since A New AdA Needed to be filled out. And I had Reported the Store Manager for Other things. Once the AdA was Approved for the Second time. She immediately put Me on All Nights except One day. I've worked at this location for A year with the Same ADA. But since I've went to humans Resource with Concerns, Retaliation Started

10. The alleged illegal activity took place at
    2448 Berryhill Pkwy Montgomery, Al 36117
    _____

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about _07-2025 — 11-2025_. I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on _____.

12. I seek the following relief:

A. _X_ Recovery of back pay.
B. ___ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: _02-18-2024_

_____
Signature of Plaintiff

311 Georgene Curv
Montgomery Al 36105
704 298 5760
Address & Telephone Number of Plaintiff